|   |   |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:03-cr-558-JCM-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| DANIEL FEOLA, | |
| Defendant. | |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

Based on the above points and authorities and good cause appearing therefore, the **UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE** is hereby granted.    **IT IS HEREBY ORDERED** that the term of supervised release be terminated.

DATED August 3, 2012.

_____
UNITED STATES DISTRICT JUDGE

5